## People of the State of Illinois ex rel. Joseph Tauer, Appellee, v. Henry Brown, Appellant.

Gen. No. 41,244.

opinion filed March 31, 1941; rehearing denied April 14, 1941. Ellis & Westbrooks and Harris B. Gaines, for appellant; Thomas J. Courtney, State's Attorney, for appellee; John F. Cashen, Jr., of counsel. Opinion by JUSTICE McSURELY. "Not to be published in full."